AO 91 (Rev. 11/11)  Criminal Complaint

*Felony*

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

SEP 2 4 2020

David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Clifford Wayne MOODY | ) Case No. B-20-MJ-687 |
| | ) |
| | ) |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 2019 _____ in the county of _____ Cameron _____ in the _____ Southern _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | In or about the month of February 2019, in Cameron County, Texas, and within the jurisdiction of the Court, Clifford Wayne MOODY, a felon convicted of Credit Card Abuse, on March 23, 2009 in Cameron County, Texas in the 404th Judicial District in Cause Number 08-CR-2640-G, an offense punishable by a term of imprisonment exceeding one year, possessed a Howa, Model: 1500, 6.5 Creedmoor caliber rifle, Serial Number: B506928. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

SUBMITTED BY RELIABLE
ELECTRONIC MEANS,
SWORN TO AND SIGNATURE
ATTESTED
AS PER FED. RULES CR. PROC. 4.1

_____
*Complainant's signature*

Rashelle Florence, Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Sept 24, 2020

_____
*Judge's signature*

City and state: _____ Brownsville, Texas _____

Ronald G. Morgan, United States Magistrate Judge
*Printed name and title*

**ATTACHMENT A**          *B 20-mJ-687*

1. On January 31, 2020, your affiant conducted an interview of a witness (hereafter referred to as M.P.) who stated that he (M.P.) previously purchased a Howa, Model: 1500, 6.5 Creedmoor caliber rifle, Serial Number: B506928 from Clifford Wayne MOODY.

2. M.P. explained to your affiant that in the month of February 2019, he (M.P.) purchased the aforementioned Howa rifle from MOODY. M.P. further explained that on the day of the firearm transaction, MOODY arrived at M.P. residence with the Howa rifle in his (MOODY) possession and that MOODY was the only person M.P. interacted with in regards to the transaction of the Howa rifle.

3. M.P. reviewed a photo-line up and identified the individual M.P. knew as "Cliff MOODY" as the individual M.P. purchased the Howa rifle from.

4. During an interview of MOODY on April 2, 2019, MOODY informed your affiant and other agents that he was a felon.

5. A review of MOODY's criminal history revealed that on March 23, 2009, MOODY was convicted of Credit Card Abuse, a felony, in the 404th Judicial District of Cameron County, Texas Cause No. 08-CR-2640-G.

6. ATF Interstate Nexus Expert determined that the Howa rifle had traveled in foreign or interstate commerce.


**Rashelle Florence**
**Special Agent, ATF**

**SUBMITTED BY RELIABLE ELECTRONIC MEANS,**
**SWORN TO AND SIGNATURE ATTESTED**
**AS PER FED. RULES CR. PROC. 4.1**

_____          Sept 24, 2020
**HONORABLE RONALD G. MORGAN**                    **DATE**
**United States Magistrate Judge**

1